IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BELINDA YVETTE JOHNSON,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CIVIL ACTION
NO. 18-755

## ORDER

**AND NOW**, this 14th day of February, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's reply, as well as the record therein, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, and after no objections being filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **GRANTED** in part; and

3. This case is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation.

    **BY THE COURT:**

    **/s/ Jeffrey L. Schmehl**
    Jeffrey L. Schmehl, J.